**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 326 MAL 2022

                Respondent         :

                                       :  Petition for Allowance of Appeal
                                       :  from the Order of the Superior Court

                v.              :

                                       :

STEVEN JOHNSON MILLER,        :

                                       :

                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.